JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
tony.lopez@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-75-KJD-PAL |
| Plaintiff, | **Motion to Dismiss the Third Superseding Indictment Without Prejudice as to Defendants Suk Hee Cho and Hoon Park** |
| v. | |
| SUK HEE CHO and | |
| HOON PARK, | |
| Defendants. | |

      The Third Superseding Indictment in this case charges Suk Hee Cho and Hoon Park, among others, with four counts of access device fraud in violation of multiple provisions of 18 U.S.C. § 1029. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Third Superseding Indictment as to defendants Cho and Park without prejudice and quash the outstanding federal warrants for their arrest.

      Respectfully submitted this 3rd day of August, 2023.

JASON M. FRIERSON
United States Attorney

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-75-KJD-PAL |
| Plaintiff, | **[Proposed] Order Granting Motion to Dismiss the Third Superseding Indictment Without Prejudice as to Defendants Suk Hee Cho and Hoon Park** |
| v. | |
| SUK HEE CHO and | |
| HOON PARK, | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Third Superseding Indictment against defendants Suk Hee Cho and Hoon Park.

JASON M. FRIERSON
United States Attorney

*/s/ Richard Anthony Lopez*
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the charges against them have been dismissed, it is hereby ordered that the warrants in this case for the arrest of defendants Cho and Park are quashed.

DATED this ___7th___ day of ___August___, 2023.

_____
HONORABLE KENT J. DAWSON
UNITED STATES DISTRICT JUDGE